Lillian Goldberg, Plaintiff-Appellant, v. William M. Brzezicki, Defendant-Appellee.

Gen. No. 45,817.

Jacob Levy, for appellant; John Zukowski, and Alexander H. Bak, for appellee; E. C. Frank Meier, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.